Dismissed and Memorandum Opinion filed April 22, 2004









Dismissed and Memorandum Opinion filed April 22, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-04-00158-CV

____________

 

WAVE TEC POOLS, INC.,
Appellant

 

V.

 

MICHAEL SELLERS, Appellee

 



 

On Appeal from the
11th District Court

Harris County, Texas

Trial Court Cause
No. 02-61409

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed January 12, 2004.

On April 14, 2004, appellant filed a motion to dismiss the
appeal because the case has been settled. 
See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed April 22, 2004.

Panel consists of Justices Fowler,
Edelman, and Seymore.